AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br>Brian Vineyard | Case No.<br>2:20-mj-00166 |
| Defendant(s) | |

## CRIMINAL COMPLAINT BY RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 16, 2020__ in the county of __Kanawha__ in the __Southern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) | Knowingly and intentionally distributing a controlled substance, that is fentanyl, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

On September 16, 2020, MDENT agents used a confidential informant ("CI") to make a controlled purchase of fentanyl from Brian VINEYARD in exchange for $100.00. The two met up at in the area of Rebecca Street in Charleston, WV. The CI got into VINEYARD's car and gave VINEYARD $100 and VINEYARD gave the CI approximately 1 gram of fentanyl. Laboratory testing confirmed the substance as fentanyl mixed with caffeine and Flualprazolam.

☐ Continued on the attached sheet.

_____
Complainant's signature

Brian Middelton, Detective KCSO
Printed name and title

Sworn to before me and signed in my presence.

Date: Dec 4, 2020

_____
Judge's signature

City and state: Charleston, West Virginia

Dwane L. Tinsley, United States Magistrate Judge
Printed name and title